IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KATHRYN JOHNSON-HUNT, )
)
v. ) 3:10-0671
)
MICHAEL J. ASTRUE, Commissioner of Social )
  Security. )

**O R D E R**

Before the Court is Plaintiff's Motion to Strike the Magistrate Judge's Report & Recommendation, Document #30.

The Court has read and considered Plaintiff's motion, and Plaintiff's motion is granted in part and denied in part. The Report and Recommendation, Document #29, is stricken, and this matter is referred back to Magistrate Judge Knowles for reconsideration after receipt of Plaintiff's reply brief. The Plaintiff shall file her reply brief on or before August 15, 2011. The Magistrate Judge will then submit a Report and Recommendation.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge