KATHRYN JOHNSON-HUNT, )
)
v. ) 3:10-0671
)
MICHAEL J. ASTRUE, Commissioner of Social )
Security. )

**O R D E R**

The Court has considered the Report and Recommendation of Magistrate Judge Knowles, the objections of the Plaintiff, and the record in this cause.

The objections of the Plaintiff were addressed fully and correctly by the Magistrate Judge. The decision of the Administrative Law Judge is supported by substantial evidence the Report and Recommendation is correct in law and fact. The same is adopted by the Court as its findings of fact and conclusions of law.

The Plaintiff's Motion for Judgment on the Administrative Record, Document #20, is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This case is **DISMISSED.**

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge