IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KATHRYN JOHNSON-HUNT, | ) | |
| Plaintiff, | ) ) | |
| | ) | 3:10-cv-0671 |
| v. | ) | Judge Thomas A. Wiseman, Jr. |
| | ) | |
| MICHAEL ASTRUE, Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Plaintiff's Motion for Attorney Fees, Document #40, Defendant's Opposition to Plaintiff's Petition for Attorney Fees Under The Equal Access to Justice Act, Document #46, and Plaintiff's Üeply, Document #I JÈ

This case has been remanded to the Commissioner to address Dr. Dull's opinion. The Court will address Plaintiff's Motion for Attorney Fees after receipt of the Commissioner's report.

**IT IS SO ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge